UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEROME CEASAR ALVERTO,

    Petitioner,

v.

MIKE OBENLAND,

    Respondent.

CASE NO. 3:19-CV-5212-RBJ-DWC

ORDER ON MOTION TO CLARIFY

    The District Court has referred this action filed under 28 U.S.C. § 2254 to United States Magistrate Judge David W. Christel. On March 21, 2019, Petitioner Jerome Ceasar Alverto initiated this action challenging his state court convictions and sentence. *See* Dkt. 1. Currently pending before the Court is Petitioner's Motion to Clarify the Record. Dkt. 35.[1] In the Motion, Petitioner states he believes the Court misunderstood language in his pleadings regarding DNA testing and provides clarification. *See id.* After review of the Motion, Respondent's Response,

---

[1] Also pending before the Court is Petitioner's Amended Petition (Dkt. 18), which became ready for the Court's consideration on January 17, 2020. The Court will enter a separate Report and Recommendation on the Amended Petition.

and Petitioner's Reply, the Motion (Dkt. 35) is granted as follows: The Court will consider Petitioner's clarification regarding the DNA testing and evidence when considering the Amended Petition.

Dated this 5th day of February, 2020.

David W. Christel
United States Magistrate Judge